IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY -2 PM 4:43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) No. 01-2795-M1v |
| JAMES WILLIAM CALDWELL, | ) |
| Defendant. | ) |

ORDER ON MOTION TO CONTINUE

Before the court is the April 26, 2005 motion of the government seeking a continuance of the evidentiary hearing on petitioner Caldwell's § 2255 motion set June 9, 2005. The government states Assistant United States Attorney Tim DiScenza will be out of the country on June 9, 2005. The defendant does not oppose the motion. The court having considered same is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the hearing on the petition is reset to Thursday, July 14, 2005, at 1:30 p.m. in Courtroom 5, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: May 2, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:01-CV-02795 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Steven Jay Rozan
LAW OFFICE OF STEVEN JAY ROZAN
5051 Westheimer
St 700
Houston, TX 77056

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT