IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 23 AM 8:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-2795 |
| JAMES WILLIAM CALDWELL, | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that this matter is hereby transferred to the Honorable Bernice B. Donald in exchange for an equivalent case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from** 01-2795-M1/V **to** 01-2795-D/V.

IT IS SO ORDERED this 20 day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-23-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:01-CV-02795 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Steven Jay Rozan
LAW OFFICE OF STEVEN JAY ROZAN
5051 Westheimer
St 700
Houston, TX 77056

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT