FILED BY ___ D.C.

05 JUL 11 PM 3: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | § | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 01-CV-2795 M1/V |
| | § | |
| JAMES WILLIAM CALDWELL, | § | |
| Movant. | § | Magistrate Judge Diane K. Vescovo |
| | § | |

## ORDER

On this day came to be considered Movant's Motion for Continuance of Hearing on Motion to Vacate under 28 U.S.C. § 2255 and the Court having considered same is of the opinion that said Motion should be GRANTED/DENIED.

It is therefore ORDERED that Defendant's Hearing on Motion to Vacate under 28 U.S.C. § 2255 is re-set for the 29th day of August, 2005 at 10:30 a.m.

SO ORDERED this 11th day of July, 2005.

_____
HONORABLE DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-12-05

59

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:01-CV-02795 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Steven Jay Rozan
LAW OFFICE OF STEVEN JAY ROZAN
5051 Westheimer
St 700
Houston, TX 77056

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT