```
         IN THE UNITED STATES DISTRICT COURT          FILED BY ____ D.C.
        FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION                  05 AUG 19 PM 3: 43
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| vs. | )    No. 01-2795-MlV |
|  | ) |
| JAMES WILLIAM CALDWELL, | ) |
|  | ) |
| Defendant. | ) |

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### ORDER SETTING HEARING

The evidentiary hearing on petitioner Caldwell's § 2255 motion is hereby set Thursday, September 29, 2005, at 9:30 a.m. in Courtroom 5, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

IT IS SO ORDERED this __19th__ day of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:01-CV-02795 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Steven Jay Rozan
LAW OFFICE OF STEVEN JAY ROZAN
5051 Westheimer
St 700
Houston, TX 77056

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT